UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD J. GIL, JR.,

    Plaintiff,

v.                                    Case No: 8:15-cv-1003-T-36JSS

DAVID LEON, DAVID LEON, RANDY
KELLY, RANDY KELLY, CHRIS
NOCCO, COUNTY OF PASCO and
PASCO COUNTY SHERIFF'S OFFICE,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on pro se Plaintiff's Unopposed Motion for an Extension of Time to File Responsive Pleadings, which includes a request to allow Plaintiff access to the Court's electronic filing system.  (Dkt. 20.)  Upon consideration, it is

**ORDERED**:

1. To fully access the Court's electronic filing system, Plaintiff must have Internet access, an e-mail account, PDF capabilities, and a PACER account.

2. Plaintiff shall register for electronic filing by visiting the CM/ECF link on the Court's website at www.flmd.uscourts.gov.  When filling out the request for a CM/ECF log in and password, Plaintiff should insert 0000000 (seven zeros) when prompted to fill in a Bar number.  Plaintiff may contact the Clerk's Office (813-301-5400) if assistance is needed in registering for CM/ECF.

3. Once registered, Plaintiff shall complete the CM/ECF program tutorial on the Court's website.  Plaintiff also shall become familiar with and follow the policies and

procedures set forth in the Administrative Procedures for Electronic Filing, which is available under the CM/ECF link on the Court's website.

4. In alternative to filing electronically, Plaintiff is permitted to mail hard copies of his filings to the Clerk of the Court instead of filing in person at the courthouse.

**DONE** and **ORDERED** in Tampa, Florida on July 30, 2015.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Plaintiff, Pro Se