UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD J. GIL, JR.,

    Plaintiff,

v.                                            Case No: 8:15-cv-1003-T-36JSS

DAVID LEON, DAVID LEON, RANDY
KELLY, RANDY KELLY, CHRIS
NOCCO, COUNTY OF PASCO and
PASCO COUNTY SHERIFF'S OFFICE,

    Defendants.
_____/

## ORDER ON MOTION TO COMPEL DEPOSITION

THIS MATTER is before the Court on Defendants' Motion to Compel Deposition of Plaintiff. (Dkt. 53.) Defendants move to compel non-resident Plaintiff to appear for his deposition in the Middle District of Florida, stating that Plaintiff has been unable to attend or has failed to attend previously noticed depositions. The discovery deadline is currently set for October 7, 2016. (Dkt. 39.) "[I]t is the general policy of the Court that a non-resident plaintiff may reasonably be deposed at least once in this District during the discovery stages of the case." M.D. Fla. Local R. 3.04(b). Accordingly, it is **ORDERED** that Defendants' Motion to Compel Deposition of Plaintiff (Dkt. 53) is **GRANTED**. Plaintiff must appear for his deposition in the Middle District of Florida before the discovery deadline of October 7, 2016.

**DONE** and **ORDERED** in Tampa, Florida, on September 29, 2016.

                                                        _____
                                                          JULIE S. SNEED
                                                  UNITED STATES MAGISTRATE JUDGE

- 2 -

Copies furnished to:
Counsel of Record
Unrepresented Party